AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_****\_\_\_\_ DISTRICT OF \_\_NEVADA\_\_

LANCE REBERGER,

    Plaintiff,

  v.

HAROLD M. BYRNE, et al.,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:16-cv-00269-MMD-VPC**

\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**_X_** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed without prejudice based on Plaintiff's failure to pay the $400.00 filing fee in compliance with the Court's December 23, 2016 order.

January 31, 2017                                 **DEBRA K. KEMPI**
                                                              Clerk

                                                              /s/ K. Rusin
                                                              Deputy Clerk